**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FELIX CONTRERAS; et al., | No. 08-70155 |
| Petitioners, | Agency Nos. A095-193-782 |
| | A095-193-783 |
| v. | A095-193-784 |
| | A095-193-785 |
| ERIC H. HOLDER, Jr., Attorney General, | |
| Respondent. | MEMORANDUM* |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 25, 2010**

Before:      CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

Felix Contreras, Maria Contreras, and their two children, natives and citizens

of Mexico, petition pro se for review of the Board of Immigration Appeals'

("BIA") order denying their motion to reopen.  We have jurisdiction under

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Singh v. INS*, 295 F.3d 1037, 1039 (9th Cir. 2002), and we deny the petition for review.

The BIA acted within its broad discretion in determining that the evidence presented with the motion to reopen was insufficient to warrant reopening. *See id.* (BIA's denial of a motion to reopen shall be reversed only if it is "arbitrary, irrational, or contrary to law").

**PETITION FOR REVIEW DENIED.**